**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, et al., | No. C08-4875 EMC |
| Plaintiffs, | |
| v. | **ORDER OF RECUSAL** |
| 3407 SACRAMENTO STREET LLC, etc., | |
| Defendant. | |

This Court, on its own motion, hereby recuses itself from any and all further proceedings in this matter.

IT IS SO ORDERED.

Dated: November 5, 2008

_____
EDWARD M. CHEN
United States Magistrate Judge