ORIGINAL

1  ROBERT T. FRIES [SBN 53561]
   MICHELLE Q. CARTER [SBN 184005]
2  CARTER, CARTER FRIES & GRUNSCHLAG
   44 Montgomery Street, Suite 2500
3  San Francisco, CA 94104
   Phone: (415) 989-4800
4  Fax: (415) 989-4864
   Email: rfries@carterfries.com

5
   Attorneys for Defendant
6  3407 SACRAMENTO STREET LLC

7

8            UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10

11  CRAIG YATES, ET AL.,                    )   Case No. CV 08-04875 CRB
                                            )
12          Plaintiffs,                     )   ORDER
                                            )   STIPULATION EXTENDING DEADLINE
13      vs.                                 )   TO RESPOND TO COMPLAINT FOR
                                            )   INJUNCTIVE RELIEF AND DAMAGES
14  3407 SACRAMENTO STREET LLC,             )
                                            )
15          Defendant.                      )
                                            )

16      The deadline for Defendant to respond to the Complaint in this matter is currently

17  December 21, 2008. The Defendant has just retained counsel, and the parties are actively

18  engaged in settlement negotiations at this time. The parties and their counsel believe it would be

19  in the best interests of the parties and of judicial efficiency and economy to extend the deadline

20  for Defendant to respond to the Complaint to a later date to allow time to pursue settlement.

21      Therefore, pursuant to United States District Court, Northern District of California, Local

22  Rule 6-1(a), the parties hereby jointly stipulate that the Defendant's deadline to respond to the

23  Complaint be extended 60 days to February 19, 2009.

24      IT IS SO STIPULATED.

25  Dated: December 17, 2008      _____
                                  Thomas E. Frankovich
26                                Attorney for Plaintiffs

27  Dated: December 18, 2008      _____
                                  Robert T. Fries
28                                Attorney for Defendant   IT IS SO ORDERED

    _____
    STIPULATION EXTENDING TIME TO RESPOND
    Case No. CV 08-04875 CRB

    _____
    CHARLES R. BREYER
    UNITED STATES DISTRICT JUDGE

    _____
           JAN - 7 2009
           DATE