ROBERT T. FRIES [SBN 53561]
MICHELLE Q. CARTER [SBN 184005]
CARTER, CARTER FRIES & GRUNSCHLAG
44 Montgomery Street, Suite 2500
San Francisco, CA 94104
Phone: (415) 989-4800
Fax: (415) 989-4864
Email: rfries@carterfries.com

Attorneys for Defendant
3407 SACRAMENTO STREET LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, ET AL., | Case No. CV 08-04875 CRB |
| Plaintiffs, | |
| vs. | SECOND STIPULATION AND ORDER EXTENDING DEADLINE TO RESPOND TO COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES |
| 3407 SACRAMENTO STREET LLC, | |
| Defendant. | |

The deadline for Defendant to respond to the Complaint in this matter is currently February 19, 2009, pursuant to a prior 60-day stipulated extension. The parties have reached a tentative settlement, but need additional time to document the terms. The parties believe it would be in the interests of efficiency and economy to extend the deadline for Defendant to respond to the Complaint for a second time in order to allow time to finalize the settlement.

Therefore, pursuant to United States District Court, Northern District of California, Local Rule 6-1, the parties hereby jointly stipulate that the Defendant's deadline to respond to the Complaint be extended for an additional 30 days, to and including March 23, 2009.

IT IS SO STIPULATED.

Dated: February 19, 2009 _____
Thomas E. Frankovich
Attorney for Plaintiffs

Dated: February 16, 2009 _____
Robert T. Fries
Attorney for Defendant

2ND STIP & ORDER EXTENDING TIME TO ANSWER
Case No. CV 08-04875 CRB

1 | WITH GOOD CAUSE SHOWN, the deadline for Defendant to answer the complaint is
2 | hereby extended for an additional 30 days.
3 | IT IS SO ORDERED.
4 |
5 | Dated: __February 23, 2009__
6 | Charles R. Breyer
    United States District Judge

2ND STIP & ORDER EXTENDING TIME TO ANSWER
Case No. CV 08-04875 CRB