1 THOMAS E. FRANKOVICH (State Bar No. 074414)
THOMAS E. FRANKOVICH,
2 *A Professional Law Corporation*
4328 Redwood Hwy., Suite 300
3 San Rafael, CA 94903
Telephone: 415/674-8600
4 Facsimile: 415/674-9900

5 Attorneys for Plaintiffs CRAIG YATES
and DISABILITY RIGHTS ENFORCEMENT,
6 EDUCATION SERVICES

7
UNITED STATES DISTRICT COURT
8
NORTHERN DISTRICT OF CALIFORNIA
9

10 CRAIG YATES, an individual; and ) CASE NO. CV-08-4875-CRB
DISABILITY RIGHTS, ENFORCEMENT, )
11 EDUCATION, SERVICES:HELPING ) **STIPULATION OF DISMISSAL AND**
YOU HELP OTHERS, a California public ) [PROPOSED] **ORDER THEREON**
12 benefit corporation, )
)
13 Plaintiffs, )
)
14 v. )
)
15 3407 SACRAMENTO STREET LLC, a )
limited liability company, )
16 )
Defendant. )
17 _____ )

18    The parties, by and through their respective counsel, stipulate to dismissal of this action

19 in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1). Outside of the terms of the

20 Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own

21 costs and attorneys' fees.

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON**        08-4875-CRB

Therefore, IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure Rule 41(a)(1).

Respectfully submitted,

Dated: August 24, 2009

THOMAS E. FRANKOVICH,
*A PROFESSIONAL LAW CORPORATION*

By: /s/
Thomas E. Frankovich
Attorneys for Plaintiffs CRAIG YATES and DISABILITY RIGHTS ENFORCEMENT, EDUCATION SERVICES

Dated: August 25, 2009

ROBERT T. FRIES,
**CARTER, CARTER, FRIES & GRUNSCHLAG**

By: /s/
Robert T. Fries
Attorneys for Defendant 3407 SACRAMENTO STREET LLC, a limited liability company

**ORDER**

**IT IS HEREBY ORDERED** that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(1).

Dated: September 21, 2009

IT IS SO ORDERED
Judge Charles R. Breyer

HONORABLE CHARLES R. BREYER
United States District Court, Northern District of California

**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON**   08-4875-CRB   -2-